```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 08777
   CHARLES E THOMAS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-1884


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/10/2008 and was not confirmed.

     The case was dismissed without confirmation 07/31/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------

AT&T WIRELESS              UNSEC W/INTER NOT FILED            .00           .00
AMERICAN EXPRESS BANK      UNSEC W/INTER   3486.07            .00           .00
ASSET ACCEPTANCE CORP      UNSEC W/INTER   8886.75            .00           .00
BRINKS HOME SECURITY       UNSEC W/INTER NOT FILED            .00           .00
PRA RECEIVABLES MANAGEME   UNSEC W/INTER  11243.43            .00           .00
CAPITAL ONE                UNSEC W/INTER   1347.39            .00           .00
CAPITAL ONE                UNSEC W/INTER NOT FILED            .00           .00
CAPITAL ONE                UNSEC W/INTER    956.82            .00           .00
CAPITAL ONE                UNSEC W/INTER   2816.78            .00           .00
CAPITAL ONE                UNSEC W/INTER NOT FILED            .00           .00
CAPITAL ONE                UNSEC W/INTER   1028.81            .00           .00
THOMAS FAMILY CHIROPRACT   UNSEC W/INTER NOT FILED            .00           .00
ECAST SETTLEMENT           UNSEC W/INTER    853.66            .00           .00
LVNV FUNDING               UNSEC W/INTER    683.48            .00           .00
ECAST SETTLEMENT CORP      UNSEC W/INTER   2134.36            .00           .00
CITY OF CHICAGO PARKING    UNSEC W/INTER NOT FILED            .00           .00
COMMONWEALTH EDISON        UNSEC W/INTER    463.70            .00           .00
COUNTRY CLUBS HILLS        UNSEC W/INTER NOT FILED            .00           .00
ECHO                       UNSEC W/INTER NOT FILED            .00           .00
DOOR TO DOOR STORAGE       UNSEC W/INTER NOT FILED            .00           .00
SUBHASH M WAIKAR MD        UNSEC W/INTER NOT FILED            .00           .00
EMERGE CARE & HEALTH ORG   UNSEC W/INTER NOT FILED            .00           .00
JC PENNEY                  UNSEC W/INTER NOT FILED            .00           .00
USB MANIFEST               UNSEC W/INTER       .00            .00           .00
HSBC BANK NEVADA NA        UNSEC W/INTER   1136.02            .00           .00
MARLIN LEASING             UNSEC W/INTER NOT FILED            .00           .00
MORTER HEALTH SYS          UNSEC W/INTER NOT FILED            .00           .00
NICOR GAS                  UNSEC W/INTER NOT FILED            .00           .00
ST JAMES PROF SVC          UNSEC W/INTER NOT FILED            .00           .00
NORTHERN LEASING SYSTEM    UNSEC W/INTER   1642.65            .00           .00
HSBC CARD SVC              UNSEC W/INTER NOT FILED            .00           .00
CAPITAL ONE                UNSEC W/INTER NOT FILED            .00           .00
LVNV FUNDING               UNSEC W/INTER    557.83            .00           .00
LVNV FUNDING               UNSEC W/INTER  11059.68            .00           .00
SALLIE MAE GUARANTEE SER   UNSEC W/INTER       .00            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 08777 CHARLES E THOMAS
```

```
ST JAMES HOSPITAL C U     UNSEC W/INTER NOT FILED              .00           .00
USB MANIFEST              UNSEC W/INTER NOT FILED              .00           .00
WELLS FARGO FINANCIAL BA  UNSEC W/INTER   5807.61              .00           .00
WELLS FARGO FINANCIAL BA  UNSEC W/INTER   4213.99              .00           .00
LVNV FUNDING              UNSEC W/INTER   2060.39              .00           .00
BOGS MANAGEMENT           NOTICE ONLY   NOT FILED              .00           .00
DOROTHY THOMAS            NOTICE ONLY   NOT FILED              .00           .00
RACHEL THOMAS             NOTICE ONLY   NOT FILED              .00           .00
CITIFINANCIAL             SECURED VEHIC       .00              .00           .00
CITIFINANCIAL             UNSEC W/INTER NOT FILED              .00           .00
CITI MORTGAGE             CURRENT MORTG       .00              .00           .00
CITI MORTGAGE             SECURED NOT I       .00              .00           .00
CALUMET CITY WATER DEPT   SECURED          208.00              .00           .00
FIRST LEASE               SECURED         4644.00              .00           .00
ILLINOIS SERVICE FEDERAL  CURRENT MORTG       .00              .00           .00
ILLINOIS SERVICE FEDERAL  MORTGAGE ARRE  38179.99              .00           .00
MARLIN LEASING            SECURED VEHIC  12000.00              .00           .00
MARLIN LEASING            UNSEC W/INTER NOT FILED              .00           .00
NORTHERN LEASING SYSTEM   SECURED          750.00              .00           .00
NORTHERN LEASING SYSTEM   UNSEC W/INTER NOT FILED              .00           .00
LYON FINANCIAL SERVICES   SECURED        17500.00              .00           .00
LYON FINANCIAL SERVICES   UNSEC W/INTER   5678.73              .00           .00
ILLINOIS DEPT OF EMPLOYM  PRIORITY         801.00              .00           .00
ECMC                      UNSEC W/INTER       .00              .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    3,464.00                            .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         ---------------    ---------------
TOTALS                        .00                   .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/29/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |